1
2   LAW OFFICES OF JOHN L. BURRIS
    JOHN L. BURRIS, ESQ. (SBN# 69888)
3   7767 Oakport St., Suite 1120
    Oakland, Ca. 94621
4   Email: John.Burris@johnburrislaw.com
    Phone: (510) 839-5200

**RECEIVED**

5   LAW OFFICES OF STEVEN R. YOURKE
    STEVEN R. YOURKE, ESQ. (SBN#118506)
6   7767 Oakport St., Suite 1120
    Oakland, Ca. 94621
7   Email: Steven.Yourke@johnburrislaw.com
    Phone: (510) 839-5200

MAY 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**E-filing**

8
9   Attorneys for Plaintiff
10  R.B., a minor, by his guardian ad litem
    HERBERT MIMS, JR.
11

12          IN THE UNITED STATES DISTRICT COURT FOR THE
13              NORTHERN DISTRICT OF CALIFORNIA
14

15
16  HERBERT MIMS as guardian ad litem for        CASE NO.:  **C09-02052**
    ALFRED FLANIGAN
17                                               PETITION AND ORDER FOR
            Plaintiff,                           APPOINTMENT OF GUARDIAN
18  Vs.                                          AD LITEM  (Fed.R.Civ.P., Rule 17)
19
    CITY OF SAN LEANDRO, a Municipal
20  Corporation; IAN WILLIS, Police Chief,
    in his official capacity; VINCENT            **M M C**
21  MARCHETTI and JEFFREY TUDOR,
    Police Officers,
22
23          Defendants.
                                    /            *ADR*
24

25
    Petitioner states as follows:
26
27  1. Petitioner ALFRED FLANIGAN is a mentally handicapped man who is about to

28      commence an action in this court for violation of civil rights against the  CITY OF SAN

LEANDRO, a Municipal Corporation, IAN WILLIS, Police Chief, in his official capacity, and VINCENT MARCHETTI and JEFFREY TUDOR, Police Officers, in their individual and official capacities.

2. Petitioner has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

3. Mr. Herbert Mims, Jr., who resides in El Cerrito, California, is a competent and responsible person, and fully competent to act as petitioner's guardian ad litem.

4. Said Mr. Mims is willing to act as guardian ad litem for petitioner, as appears by his consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Herbert Mims, Jr. as guardian ad litem for petitioner for the purpose of brining an action against said defendants on the claim stated above.

Dated: March 𝟸𝒪 , 2009.

John L. Burris, Esq.,
Attorney for Petitioner
ALFRED FLANIGAN

## CONSENT OF NOMINEE

I, Herbert Mims, the nominee of the Petitioner, consent to act as guardian ad litem for the mentally disabled petitioner in the above action.

Dated: March 𝟸𝒪 , 2009

Herbert Mims, Jr.

# ORDER

The petition for an order appointing Herbert Mims as guardian ad litem for petitioner

is GRANTED.

IT IS SO ORDERED.

Dated: ___May 13_____, 2009

_____
United States District Court Judge

//

//