IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MIMS, as guardian ad litem for ALFRED FLANIGAN<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>Defendants. / | No. C 09-2052 MMC<br><br>**ORDER TO SHOW CAUSE** |

On August 21, 2009, counsel for plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action. Counsel for defendants appeared.

Accordingly, counsel for plaintiff is hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than September 4, 2009, why the case should not be dismissed for failure to prosecute.

If counsel for plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: August 21, 2009

MAXINE M. CHESNEY
United States District Judge