IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MIMS, as guardian ad litem for ALFRED FLANIGAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>Defendants | No. C-09-2052 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; RESCHEDULING CASE MANAGEMENT CONFERENCE; NOTICE TO PLAINTIFF'S COUNSEL** |

The Court is in receipt of a letter, filed September 3, 2009 by plaintiff's counsel, in response to the Court's August 21, 2009 Order to Show Cause. (See Docket No. 21.)

The Court accepts counsel's explanation that his failure to appear was inadvertent, and, accordingly, hereby DISCHARGES the Order to Show Cause and RESCHEDULES the Case Management Conference in the above-titled case for **October 16, 2009 at 10:30 a.m.** No further Case Management Statement is required.

The Court notes, however, that in the past four months the Law Offices of John L. Burris have failed to appear before this Court as ordered for a regularly-scheduled Case Management Conference in three separate cases, and, in each instance, opposing

//

counsel appeared.[1]

Accordingly, the Law Offices of John L. Burris are hereby NOTIFIED that any future failure to appear as ordered will likely result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: September 9, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] In one such instance, Hall v. City of Oakland, et al., C 09-1047 MMC, the Clerk was able to reach plaintiff's counsel by telephone, which enabled the Court and opposing counsel to proceed with the scheduled conference. In the other instance, plaintiff's counsel wrote the Court, explaining he had mis-calendared the time of the conference. See McCloskey, et al. v. Courtnier, et al., C 05-4641 MMC, Docket No. 42.