IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MIMS, as guardian ad litem for ALFRED FLANIGAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>Defendants | No. C-09-2052 MMC<br><br>**ORDER DIRECTING PLAINTIFF'S GUARDIAN AT LITEM TO FILE MOTION FOR APPROVAL OF COMPROMISE OF ACTION** |

Before the Court is the Certification of ADR Session, filed December 17, 2009, in which the court-appointed mediator has notified the Court that the parties to the above-titled action have settled the claims alleged in the instant complaint.

Accordingly, plaintiff's guardian ad litem is hereby DIRECTED to file, no later than January 15, 2010, a motion for approval of plaintiff's claims. See, generally, Cal. Prob. Code §§ 3600-3611. Unless the parties are advised that a hearing is necessary, the motion will be deemed submitted when filed.

Alternatively, if plaintiff's guardian ad litem is of the view that a motion for approval is not required, plaintiff shall file, no later than January 15, 2010, a memorandum setting forth the authority for any such position.

**IT IS SO ORDERED.**

Dated: December 18, 2009

_____
MAXINE M. CHESNEY
United States District Judge