IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT MIMS, as guardian at litem for ALFRED FLANIGAN,

Plaintiff,

v.

CITY OF SAN LEANDRO, et al.,

Defendants
_____/

No. C-09-2052 MMC

**ORDER OF DISMISSAL**

    The parties having advised the Court that they have agreed to a settlement of the above-titled action, the Court having granted the petition for approval of the compromise of the claims brought on behalf of Alfred Flanigan, and a Receipt and Acknowledgment of Order for the Deposit of Money into Blocked Account having been filed,

    IT IS HEREBY ORDERED that plaintiff's claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    The April 30, 2010 Case Management Conference is VACATED.

    **IT IS SO ORDERED.**

Dated: April 14, 2010

MAXINE M. CHESNEY
United States District Judge