IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MIMS, as guardian ad litem for ALFRED FLANIGAN,<br><br>    Plaintiff,<br>  v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants / | No. C-09-2052 MMC<br><br>**ORDER STRIKING PETITION FILED MAY 5, 2010** |

    The Court is in receipt of a Petition for Withdrawal of Funds from Blocked Account, filed May 5, 2010 by Herbert Mims, Jr. ("Mims"), who asserts he is proceeding "pro se."

    Mims is represented by counsel in the instant action, specifically, the Law Offices of John L. Burris, and may not, for that reason, seek relief directly from the Court. Further, Mims cannot seek relief pro se for the additional reason that a guardian ad litem may appear in court only through counsel. See Johns v. County of San Diego, 114 F.3d 874, 876-77 (9th Cir. 1997).

    Accordingly, the petition is hereby STRICKEN.

    The Clerk is DIRECTED to send a copy of the instant order to Mims as a courtesy.

    **IT IS SO ORDERED.**

Dated: May 13, 2010

                                                MAXINE M. CHESNEY
                                                United States District Judge